

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00008-CR

MARISOL PRIEGO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 41,399-B

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Court reporter Tina A. Campbell recorded the trial court proceedings in cause number 06-14-00008-CR, styled *Marisol Priego v. The State of Texas*, trial court cause number 41,399-B, in the 124th Judicial District Court of Gregg County, Texas. The reporter's record was originally due in this case May 6, 2014. Campbell has twice requested and twice received extensions of the filing deadline, resulting in the most recent due date of July 7, 2014. Campbell has now filed a third request seeking additional time to prepare the record in this appeal.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure the filing of the record in this case.

We overrule Campbell's third request for an extension of time and order her to file the reporter's record in cause number 06-14-00008-CR, to be received by this Court no later than August 6, 2014. If the record is not received by August 6, we warn Campbell that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date:   July 17, 2014